AUGUSTUS W. PALLEZ, Respondent, *v.* THE BROOKLYN CITY
RAILROAD COMPANY, Appellant.

(Argued October 8, 1890; decided October 28, 1890.)

APPEAL from judgment of the General Term of the Supreme
Court it the second judicial department, entered upon an order
made December 13, 1888, which affirmed a judgment in favor
of plaintiff entered upon a verdict, and affirmed an order
denying a motion for a new trial.

*Samuel B. Morris* for appellant.

*Charles J. Patterson* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

---

HENRY B. DUKES, Respondent, *v.* THE EASTERN DISTILLING
COMPANY, Appellant.

(Argued October 8, 1890; decided October 28, 1890.)

APPEAL from judgment of the General Term of the Supreme
Court in the second judicial department, entered upon an
order made February 11, 1888, which affirmed a judgment in
favor of defendant entered upon a verdict, and affirmed an
order denying a motion for a new trial.

*C. Bainbridge Smith* for appellant.

*Charles J. Patterson* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.